IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBBIE M. BURNETT, )
)
    Plaintiff, )
)
    vs. ) CIVIL NO. 16-cv-789-JPG-CJP
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security, )
)
    Defendant.[1] )

## **MEMORANDUM AND ORDER**

Before the Court is the parties' Stipulation for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 28).

The parties agree that this case should be remanded to the Acting Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corp. Comprehensive Disability Prot. Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-03 (1993).

The parties agree that, upon remand, "an administrative law judge (ALJ) will proceed through the sequential disability evaluation process as appropriate. The ALJ will reconsider Plaintiff's allegations, the opinion evidence, and Plaintiff's residual functional capacity. If necessary, the ALJ will obtain further vocational expert testimony. The ALJ will then issue a new decision in this case."

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. *See* https://www.ssa.gov/agency/commissioner.html (visited Feb. 7, 2017). She is automatically substituted as defendant in this case. *See* Fed. R. Civ. P. 25(d); 42 U.S.C. § 405(g).

The Court notes that plaintiff applied for disability benefits in November 2012, more than four years ago. (Tr. 17.) While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Stipulation for Remand to the Acting Commissioner (Doc. 28) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Debbie M. Burnett's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: May 11, 2017**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **UNITED STATES DISTRICT JUDGE**