IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBBIE M. BURNETT,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

Civil No. 16-cv-789-JGP-CJP

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence <u>four</u> of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Debbie M. Burnett and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:   May 11, 2017**

                                        **JUSTINE FLANAGAN,**
                                        **Acting Clerk of Court**

                                        **BY:** *s/Tina Gray*
                                           **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                   **J. Phil Gilbert**
                   **U.S. District Judge**